JOHN MC VICKAR and others

v.

WILLIAM CONSTABLE and others, infants.

The court will not appoint any of its officers, as such, to act as guardians; nor appoint any person without his written consent.

1824.
March 24.

*Guardian ad litem.*

MR. B. ROBINSON moved, that the Register, or assistant Register, be appointed guardian (ad litem) for the infants.

THE COURT expressed its determination not to appoint any person guardian, without his written consent: nor to appoint any officer of this court, as such, to be guardian. It produces an inconvenient mixture of duties; and is especially embarrassing, upon a change of the officers of the court. Motion denied.